UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> LINCOLN PAPER AND TISSUE, LLC, <br><br> Respondent. | Case No. 1:13-CV-13056-DPW <br><br><br> **JURY TRIAL REQUESTED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner Federal Energy Regulatory Commission hereby notifies the Court that the United States District Court for the District of Columbia Circuit has granted the Commission's motion to stay issuance of the mandate in *Elec. Power Supply Ass'n v. FERC,* 753 F.3d 216 (D.C. Cir. 2014) ("*EPSA*"). *See* Exhibit 1.

                        Respectfully Submitted,

                        PETITIONER FEDERAL ENERGY
                          REGULATORY COMMISSION

                        By its attorneys,

Dated:  October 24, 2014        /s/ *Nicole L. Brisker*
                        NICOLE L. BRISKER (D.C. Bar No. 480252)
                        Demetra Anas
                        Gabriel Sterling
                        Michael Raibman
                        Susan M. Beall
                        Division of Investigations
                        Office of Enforcement
                        Federal Energy Regulatory Commission
                        888 First Street, N.E.
                        Washington, DC 20426
                        Nicole.Brisker@ferc.gov
                        202-502-6248

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served upon counsel of record on October 24, 2014 by filing this document using the CM/ECF system.

        /s/ *Nicole L. Brisker*
        NICOLE L. BRISKER
        Division of Investigations
        Office of Enforcement
        Federal Energy Regulatory Commission
        888 First Street, N.E.
        Washington, DC 20426
        nicole.brisker@ferc.gov
        202-502-6248