UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | Case No. 1:13-CV-13056-DPW |
| Petitioner, | |
| v. | |
| LINCOLN PAPER AND TISSUE, LLC, | **JURY TRIAL REQUESTED** |
| Respondent. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner Federal Energy Regulatory Commission ("Commission" or "FERC") hereby notifies the Court that the Commission has filed a motion to extend stay of the mandate pending filing and disposition of petition for a writ of certiorari in *Elec. Power Supply Ass'n v. FERC*, 753 F.3d 216 (D.C. Cir. 2014) ("*EPSA*"). *See* Exhibit 1. The Solicitor General of the United States decided to file on behalf of the Commission a petition for a writ of certiorari with the Supreme Court, seeking review of the D.C. Circuit's May 23, 2014 decision. *Id.* Moreover, the Solicitor General sought (and received) an extension of the December 16, 2014 deadline for the filing of such a petition, through January 15, 2014. *See* Exhibit 2.

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | PETITIONER FEDERAL ENERGY REGULATORY COMMISSION |
|   | By its attorneys, |
| Dated:  December 9, 2014 | /s/ *Nicole L. Brisker*<br>NICOLE L. BRISKER (D.C. Bar No. 480252)<br>Demetra Anas<br>Gabriel Sterling<br>Michael Raibman<br>Susan M. Beall<br>Division of Investigations<br>Office of Enforcement<br>Federal Energy Regulatory Commission<br>888 First Street, N.E.<br>Washington, DC 20426<br>Nicole.Brisker@ferc.gov<br>202-502-6248 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel of record on December 9, 2014 by filing this document using the CM/ECF system.

                                  /s/ *Nicole L. Brisker*
                                  NICOLE L. BRISKER
                                  Division of Investigations
                                  Office of Enforcement
                                  Federal Energy Regulatory Commission
                                  888 First Street, N.E.
                                  Washington, DC 20426
                                  nicole.brisker@ferc.gov
                                  202-502-6248